

ORDERED in the Southern District of Florida on May 26, 2015.

John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MARYANN PALOMINO,

           Debtor(s).
_____/

Case No. 10-47911-BKC-JKO

In proceedings under Chapter 13
BROWARD DIVISION

### ORDER GRANTING MOTION TO ENFORCE DEBTOR'S MOTION TO CLARIFY WHO HOLDS THE MORTGAGE ON DEBTOR'S HOMESTEAD PROPERTY LOCATED AT 2742 SUNSHINE BLVD. MIRAMAR, FLORIDA 33023 AND CLARIFICATION AS TO THE APPLICATION OF ALL THE DISBURSEMENTS RECEIVED FROM THE CHAPTER 13 TRUSTEE DURING THE PENDENCY OF THE INSTANT CASE

THIS CAUSE came before the Court on this 19TH day of May 2015 on the Debtor's Motion to Enforce Order Granting Motion to Clarify Who Holds the Mortgage on Debtor's Homestead Property located at 2742 Sunshine Blvd, Miramar, FL 33023 and Clarification as to the Application of All the Disbursements Received from the Chapter 13 Trustee During the Pendency of the Instant Case and the Court, having reviewed the Motion, having heard arguments of counsel, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Debtor's Motion to Enforce Order Granting Motion to Clarify Who Holds the Mortgage on Debtor's Homestead Property located at 2742 Sunshine Blvd, Miramar, FL 33023 and Clarification as to the Application of All the Disbursements Received from the Chapter 13 Trustee During the Pendency of the Instant Case is GRANTED;

ORDERED AND ADJUDGED that since OCWEN LOAN SERVICING, LLC is the entity that filed a Notice of Change of Correspondence Address with the Court (D.E. 76). OCWEN LOAN SERVICING, LLC will remit the sum of $4,500.00 to Bigge & Rodriguez, P.A. for attorneys fees within ten (10) days of the entry of this Order to: Bigge & Rodriguez, P.A., 915 Middle River Drive, Ste. 401, Ft. Lauderdale, FL 33304;

ORDERED AND ADJUDGED that OCWEN LOAN SERVICING, LLC will remit the sum of $18,000.00 for sanctions for Mayann Palomino to Bigge & Rodriguez, P.A. Trust within ten (10) days of the entry of this Order to: Bigge & Rodriguez, P.A., 915 Middle River Drive, Ste. 401, Ft. Lauderdale, FL 33304; and it is

ORDERED AND ADJUDGED that OCWEN LOAN SERVICING, LLC and/or GMAC will provide an accounting of the application of all funds dispersed by the Chapter 13 Trustee within ten (10) days of the entry of this Order.

##

Submitted by:
Robert J. Bigge, Jr.
Florida Bar N0. 906610
Bigge & Rodriguez
915 Middle River Dr #401
Ft Lauderdale, FL 33304
(954)400-7322

Attorney Robert J. Bigge, Jr. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

Maryann Palomino
2742 Sunshine Blvd
Miramar, FL 33023

US Trustee, electronically

Robin Weiner, Trustee, electronically

GMAC Mortgage, LLC
c/o David M. Applegate, President & CEO
GMAC Mortgage
1100 Virginia Drive
Ft Washington PA 19034
**(VIA CERTIFIED MAIL)**

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.
Attn.  Vanessa Lewis, Contract Manager
POB 24605
West Palm Beach, 33416-4605

Ocwen Loan Servicing, LLC
Ronald M. Faris, Manager
1661 Worthington Rd, Ste 100
West Palm Beach, FL 33409
(**VIA CERTIFIED**)